[No. 3798–3–III.   Division Three.   June 30, 1981.]

PETER D. DAHLIN, ET AL, *Respondents,* v. LOUISE V.
MAHRE, *Individually and as Personal
Representative, Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 79–2–01412–4, Harry Hazel, J. Pro
Tem., entered January 7, 1980. *Affirmed in part* and
*remanded with instructions* by unpublished opinion per
Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 4107–7–III.   Division Three.   June 30, 1981.]

JACQUELINE L. NEWSOM, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 79–2–07668–1, John J. Ripple, J.,
entered July 14, 1980. *Affirmed* by unpublished opinion per
Roe, J., concurred in by McInturff, C.J., and Green, J.

[No. 3888–2–III.   Division Three.   June 30, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. LEO
HART MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 79–1–00115–9, Albert J. Yencopal, J.,
entered March 7, 1980. *Affirmed* by unpublished opinion
per Guy, J. Pro Tem., concurred in by Roe, A.C.J., and
Green, J.